UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD POWERS,<br><br>Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and ZIZIK, LaSALLE & POWERS, P.C. GROUP LONG TERM DISABILITY PLAN,<br><br>Defendants | Civil Action No. 04-12418 DPW |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

> John J. Aromando
> Pierce Atwood LLP
> One Monument Square
> Portland, ME 04101
> (207) 791-1100

DATED: 12/16/04

John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendants

{W0296211.1}