UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RICHARD POWERS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12418 DPW |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| UNUMPROVIDENT CORPORA- | ) | |
| TION and ZIZIK, LaSALLE & | ) | |
| POWERS, P.C. GROUP LONG | ) | |
| TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendants | ) | |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: December 16, 2004

John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0301522.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

Mala M. Rafik, Esq.
Rosenfeld & Rafik
44 School Street
Boston, MA 02108

DATED: 12|16|04

John J. Aromando, BBO #545648

{W0296211.1}