UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD POWERS,           )
                          )
        Plaintiff         )
                          )
    v.                    )   Civil Action No. 04-12418 DPW
                          )
UNUM LIFE INSURANCE       )
COMPANY OF AMERICA,       )
UNUMPROVIDENT CORPORA-    )
TION and ZIZIK, LaSALLE & )
POWERS, P.C. GROUP LONG   )
TERM DISABILITY PLAN,     )
                          )
        Defendants        )

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including February 4, 2005. The grounds for the present Motion are that the parties are currently involved in active settlement discussions, and the matter may be resolved without the necessity of further court proceedings.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to February 4, 2005, within which to respond to Plaintiff's Complaint.

DATED: January 19, 2005

*(signature)*
Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0310641.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

>Mala M. Rafik, Esq.
>Rosenfeld & Rafik
>44 School Street
>Boston, MA  02108

DATED:  January 19, 2005

Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

{W0310641.1}