UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD POWERS,<br><br>   Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION, AND ZIZIK, LASALLE & POWERS, P.C. GROUP LONG TERM DISABILITY PLAN,<br><br>   Defendants | CIVIL ACTION NO. |

## PLAINTIFF RICHARD POWER'S
## LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Richard Powers, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: March 21, 2005

_____
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

_____
Richard Powers