UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD POWERS, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>UNUMPROVIDENT CORPORA- )<br>TION and ZIZIK, LaSALLE & )<br>POWERS, P.C. GROUP LONG )<br>TERM DISABILITY PLAN, )<br>)<br>    Defendants ) | Civil Action No. 04-12418 DPW |

**DEFENDANTS' CERTIFICATION OF CONFERENCE**

The undersigned certify that they have conferred:

(a)   with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:   March 30, 2005

                                        /s/ Geraldine G. Sanchez
                                        Geraldine G. Sanchez
                                        John J. Aromando, BBO #545648
                                        PIERCE ATWOOD LLP
                                        One Monument Square
                                        Portland, Maine 04101
                                        (207) 791-1100

                                        *Attorney for Defendants*

{W0332418.2}

Dated: 3/30/05

Mary Elizabeth Fougere
Litigation Counsel
UnumProvident
2211 Congress Street
Portland, ME  04122

{W0332418.1}

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

      Mala M. Rafik, Esq.
      Rosenfeld & Rafik
      44 School Street
      Boston, MA  02108

DATED:  March 30, 2005

      /s/ Geraldine G. Sanchez
      Geraldine G. Sanchez

{W0332418.2}