UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD POWERS,<br><br>    Plaintiff<br><br>V.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION,  AND ZIZIK, LASALLE & POWERS, P.C. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | CIVIL ACTION NO. 04-12418 DPW |

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

On April 7, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action.  This Settlement Order provided the parties thirty (60) days, or until June 7, 2005, to reopen the action if settlement is not consummated. The parties are jointly requesting a one-week extension of time to June 14, 2005, to complete the settlement papers.  As grounds for this request, the parties indicate:

    1.    The parties have agreed upon the terms of the settlement agreement;

    2.    The parties have finalized the paperwork associated with the agreement and are waiting for one last signature to complete the agreement; and

    3.    The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

1

Wherefore, the parties respectfully request that this Motion be granted:

Respectfully submitted,

| By: | /s/ Mala M. Rafik | By: | /s/ Geraldine G. Sanchez (MMR) |
|---|---|---|---|
| | Attorneys for the Plaintiff | | Attorneys for the Defendant |
| | S. Stephen Rosenfeld | | Geraldine G. Sanchez |
| | BBO No. 428940 | | PIERCE ATWOOD |
| | Mala M. Rafik | | One Monument Square |
| | BBO No. 638075 | | Portland, ME  04101 |
| | ROSENFELD & RAFIK, P.C. | | (207) 791-1332 |
| | 44 School Street, Suite 410 | | |
| | Boston, MA 02108 | | |
| | (617) 723-7470 | | |

Date:   June 6, 2005